

**ORDERED in the Southern District of Florida on January 28, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    RONALD AND KATIA MONTOYA                Case No: 11-42255-AJC
                                                  Chapter 13
                Debtors            /

**ORDER GRANTING DEBTORS MOTION TO AUTHORIZE PNC BANK TO ENDORSE HOMEOWNERS INSURANCE PROCEEDS TO THE DEBTORS**

**THIS MATTER** having come to be heard on this 27th day of January, 2015 upon Debtors' Motion to Authorize PNC Bank to Endorse Homeowners Insurance Proceeds to the debtors and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. The Motion to Authorize PNC Bank to Endorse Homeowners Insurance Proceeds to the debtors is GRANTED.

2. PNC Bank is authorized the endorse the homeowners insurance proceeds to the debtors.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.